UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CASE NO.: 07-18216-BKC-PGH
PROCEEDING UNDER CHAPTER 13

JEAN-LOUIS HAYOT
XXX-XX-6031
LORENA HAYOT
XXX-XX-9076

DEBTORS                         /

PAID
#131889 MR

JAN -5 2010

### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $30.72 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 31st day of December, 2009.

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

## SERVICE LIST

**DEBTORS**
JEAN-LOUIS HAYOT
LORENA HAYOT
1193 SW GLASTONBERRY AVE
PORT SAINT LUCIE, FL 34953

**ATTORNEY FOR DEBTORS**
LLOYD A. BARON, ESQUIRE
2825 UNIVERSITY DRIVE
SUITE 350
CORAL SPRINGS, FL 33065

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK

### Attachment - Listing of Claimant

Case Number:      07-18216-BKC-PGH

Creditor No.:     197565

Claimant:         FREEMONT INVESTMENT & LOAN
                  ATTN BANKRUPTCY DEPARTMENT
                  3110 EAST GUASTI ROAD STE 500
                  ONTARIO, CA 91761